# COUNTY OF SUFFOLK



## SUFFOLK COUNTY CLERK'S OFFICE

**JUDITH A. PASCALE**
SUFFOLK COUNTY CLERK
*WWW.SUFFOLKCOUNTYNY.GOV*
Court Actions
631-852-2000 ext. 852

Date: 11/22/17

To whom it may concern:

Please find a Certified Copy of our Clerk's Minutes for the E-filed Supreme Court case, Index # 610712/17 ____, along with a copy of the Notice of Removal.

Since the above mentioned case is E-filed, there are no hard copies of the documents.

If you have any questions, please call the number at the top of this page.

Thank you,

Court Actions

17CV 6220 (SLT)(RML)



# COUNTY CLERK'S OFFICE
## STATE OF NEW YORK
### COUNTY OF SUFFOLK

I, JUDITH A. PASCALE, Clerk of the County of Suffolk and the Court of Record thereof do hereby certify that I have compared the annexed with the original **CLERKS MINUTES (NYSCEF)**

filed in my office on **11/22/2017**

and, that the same is a true copy thereof, and of the whole of such original.

In Testimony Whereof, I have hereunto set my hand and affixed the seal of said County and Court this **11/22/2017** .

SUFFOLK COUNTY CLERK

*Judith A. Pascale*

JUDITH A. PASCALE

SEAL



NYSCEF
Suffolk County Supreme Court

**Document List**
**Index #   610712/2017**

Created on: 11/22/2017 02:57 PM

Case Caption:   MICHELLE DUNN - v. - ARS NATIONAL SERVICES INC.
Judge Name:

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 1 | SUMMONS WITH NOTICE | Processed | 06/07/2017 | Pashkin, M. |
| 2 | EXHIBIT(S)<br>Collection Letter | Processed | 06/07/2017 | Pashkin, M. |
| 3 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 10/18/2017 | Pashkin, M. |
| 4 | NOTICE OF APPEARANCE (PRE RJI)<br>NOTICE OF APPEARANCE AND DEMAND FOR COMPLAINT | Processed | 10/19/2017 | Roymisher, Y. |
| 5 | NOTICE OF REMOVAL / REMAND (PRE RJI) | Processed | 11/13/2017 | Roymisher, Y. |