UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
CIVIL DIVISION

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 21 2018 ★
BROOKLYN OFFICE

MICHELLE DUNN,
ON BEHALF OF HERSELF AND
ALL OTHERS SIMILARLY SITUATED,

        Plaintiff,

v

ARS NATIONAL SERVICES INC.,

        Defendant.

Civil Action, File No.
1:17-cv-06220-NG-RML

## STIPULATION OF DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses with prejudice the present action against Defendant with each party to bear its respective attorney's fees and costs incurred in this action.

/s/*Mitchell L. Pashkin, Esq.*
Mitchell L. Pashkin, Esq.
Attorney For Plaintiff
775 Park Avenue, Suite 255
Huntington, NY 11743
(631) 629-7709

FINEMAN KREKSTEIN & HARRIS, P.C.
By: /S/ *Richard J. Perr*
RICHARD J. PERR, ESQUIRE (RP 5194)
Ten Penn Center
1801 Market Street, Suite 1100
Philadelphia, PA 19103-1628
(v) 215-893-9300; (f) 215-893-8719
rperr@finemanlawfirm.com
Attorneys for Defendant

So Ordered.
/s/ Nina Gershon
USDJ
6-21-18